# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

November 3, 2022

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re:**   *Sabrina Bennett v. Morrison Management LLC*

**<u>Docket No. 1:22-cv-06796 (KPF)(SLC)</u>**



Dear Judge Failla:

  We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to adjourn, by one month, the November 15, 2022 conference and the Case Management Plan submissions. The reason for this request is because counsel for defendant has contacted plaintiff's counsel and we are trying to resolve this action without further judicial intervention. This is the first application to adjourn.  Thank you for your time and attention to this matter. With kindest regards, I am

     very truly yours,

     /s/
     Glen H. Parker, Esq.

```
Application GRANTED.  The initial pretrial conference scheduled to take
place on November 15, 2022, is hereby ADJOURNED sine die.  On October 7,
2022, the Clerk of Court entered a certificate of default in this case.
(Dkt. #9).  By December 15, 2022, Plaintiff shall either file papers in
support of a default judgment in this case, or file a letter or notice of
dismissal indicating that the parties have resolved this case.  The Court
will separately consider rescheduling an initial pretrial conference if
Defendant appears.

The Clerk of Court is directed to terminate the pending motion at docket
entry 10.

Dated:    November 4, 2022
          New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE