# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

March 28, 2023

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

      **Re:**   *Sabrina Bennett v. Morrison Management LLC*

      <u>**Docket No. 1:22-cv-06796 (KPF)(SLC)**</u>



Dear Judge Failla:

    We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to adjourn the April 11, 2023 conference to a date in mid-to-late May 2023. This is the first application to adjourn this conference and all parties consent. The reason for this request is because the parties have scheduled a mediation to occur on April 28, 2023. The parties have been engaging in settlement negotiations and hope to have this action resolved at the April 28, 2023 mediation. Accordingly, to conserve the time and expense of future litigation, the parties respectfully ask the Court to adjourn the April 11, 2023 conference. Thank you for your time and attention to this matter. With kindest regards, I am

          very truly yours,

          /s/
          Glen H. Parker, Esq.

```
Application GRANTED.  The post-fact conference scheduled to take place on
April 11, 2023, is hereby ADJOURNED to May 23, 2023, at 12:00 p.m.

The Clerk of Court is directed to terminate the pending motion at docket
entry 27.

Dated:    March 29, 2023          SO ORDERED.
          New York, New York


                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE
```